AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jackson, Richard B. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 11/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

US Courthouse
901 19th St
Denver CO 80294

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | PERA STATE OF COLORADO | $72,965.64 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 3. -DREYFUS INST BASIC S AND P 500 | A | Dividend | L | T | | | | | |
| 4. -VANGUARD EXTENDED MKT VIPERS | A | Dividend | K | T | | | | | |
| 5. -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 6. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | K | T | Buy (add'l) | 10/02/18 | J | | |
| 7. -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | M | T | Buy (add'l) | 01/18/18 | K | | |
| 8. -BNY MELLON NATL SHORT TERM MUN BOND FUND | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 9. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 10. -DREYFUS FLOATING RATE INC | A | Dividend | J | T | | | | | |
| 11. -DREYFUS GLOBAL REAL RETURN | A | Dividend | J | T | | | | | |
| 12. -DREYFUS GLOBAL REAL ESTATE FUND | A | Dividend | J | T | Buy | 01/05/18 | J | | |
| 13. -DREYFUS DIVERSIFIED EMR MKTS | A | Dividend | K | T | | | | | |
| 14. -DREYFUS MIDCAP INDEX FUND | A | Dividend | | | Sold | 01/05/18 | K | A | |
| 15. -ISHARES MSCI EAFE INDEX FD | A | Dividend | L | T | | | | | |
| 16. -ISHARES TR S AND P MIDCAP 400 | A | Dividend | K | T | Buy | 12/31/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -ISHARES TR S AND P SMALLCAP 600 | A | Dividend | K | T | Buy | 12/31/18 | K | | |
| 18. -ADVANTAGE GLO DYNAMIC TOTAL RETURN FUND | | None | K | T | Buy (add'l) | 10/02/18 | K | | |
| 19. -US TREASURY NOTE 0.875% 1/15/18 | A | Interest | | | Sold | 01/16/18 | K | A | |
| 20. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 21. -FED HOME LN MTG CORP | A | Dividend | L | T | | | | | |
| 22. -FEDERAL HOME LNMTG CORP | A | Dividend | K | T | | | | | |
| 23. -US TREASURY NOTE 2% 11/21 | A | Interest | L | T | | | | | |
| 24. -U.S.TREASURY NOTE 2.25% 4/30/21 | B | Interest | L | T | | | | | |
| 25. -U.S.TREASURY NOTE 2% 2/15/22 | A | Interest | L | T | | | | | |
| 26. -U.S.TREASURY NOTE 2/% 7/31/20 | A | Interest | L | T | | | | | |
| 27. -US TREASURY NOTE 2% 2/23 | A | Interest | K | T | | | | | |
| 28. -BERKSHIRE HATHAWAY INC 2/11/23 | A | Interest | K | T | | | | | |
| 29. -INTEL CORP 12/15/22 | A | Interest | K | T | | | | | |
| 30. -AT & T INC 2/1/2018 | A | Interest | | | Sold | 02/01/18 | K | A | |
| 31. -ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |
| 32. -ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | Sold (part) | 08/08/18 | K | E | |
| 33. -FED HOME LN MTG CORP | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. -FED NAT MTG ASSN | A | Dividend | | | Sold | 02/08/18 | K | A | |
| 35. -ADVANTAGE DYNA TOTAL RET FUND | A | Dividend | L | T | Buy (add'l) | 08/30/18 | L | | |
| 36. -BEAR STEARRNS CO 4.65% 7/2/18 | A | Interest | | | Sold | 07/02/18 | K | A | |
| 37. -DFA EMERGING CORE EQUITY | A | Dividend | L | T | | | | | |
| 38. -DREYFUS INST BASIC S AND P 500 STOCK INDEX | D | Dividend | N | T | | | | | |
| 39. -DREYFUS DIVERSIFIED INTL | A | Dividend | L | T | | | | | |
| 40. -DREYFUS HIGH YIELD 1 | B | Dividend | L | T | | | | | |
| 41. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | L | T | | | | | |
| 42. -DREYFUS GLOBAL DYN BOND INCOME | C | Dividend | L | T | Buy | 08/30/18 | L | | |
| 43. -DREYFUS GLOBAL REAL EST SECUR FUND | A | Dividend | K | T | Buy | 08/30/18 | K | | |
| 44. -DREYFUS INTL SMALL CAP FUND | A | Dividend | K | T | Buy | 08/30/18 | K | | |
| 45. -DREYFUS SELECT MGER SCAP | A | Dividend | L | T | | | | | |
| 46. -DREYFUS SELECT MGR SMALL CAP GROWTH | A | Dividend | K | T | | | | | |
| 47. -BNY MELLON INCOME STOCK FUND | C | Dividend | L | T | | | | | |
| 48. -BNY MELLON CORP BOND | B | Dividend | M | T | | | | | |
| 49. -BNY MELLON BOND FUND | B | Dividend | N | T | Buy | 07/05/18 | M | | |
| 50. -BNY MELLONINTL EQUITY INCOME FUND | A | Dividend | | | Sold | 08/30/18 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -ANHEUSER BUSCH 25000 .2.5% 7/15/22 | A | Dividend | K | T | | | | | |
| 52. -ASTRAZENECA PLC 9/18/2019 | A | Interest | K | T | | | | | |
| 53. -BLACKROCKK INC 3.5% 3/24 | A | Interest | K | T | | | | | |
| 54. -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | | | | | |
| 55. -PEPSICO INC 3.125% 11/20 | A | Interest | K | T | | | | | |
| 56. -VERIZON COMM INCL 3.55 11/21 | A | Interest | | | Sold | 06/21/18 | K | A | |
| 57. -WELLS FARGO & CO 3/4/21 | A | Interest | L | T | | | | | |
| 58. 401(k) #1 | | | | | | | | | |
| 59. -PERAdvantage Income Fund | B | Dividend | K | T | | | | | |
| 60. -PERAdvantage Fixed Income | B | Dividend | K | T | | | | | |
| 61. -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | | | | | |
| 62. -PERAdvantage Intl Stock Fd | B | Dividend | J | T | | | | | |
| 63. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 64. --ALAMEDA CNTYH CA TRANSPO AUTHO 3/1/205% | A | Interest | L | T | | | | | |
| 65. -ADVANTAGE DYN TOTAL REFTURN | A | Dividend | L | T | | | | | |
| 66. -AMERICAN TOWER CORP | A | Dividend | J | T | | | | | |
| 67. -BOULDER VALLEY SCH DIS 4% 12/1/26 | B | Interest | L | T | Buy | 01/10/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 69. -EXXON MOBIL | C | Dividend | L | T | | | | | |
| 70. -UNION PAC CORP | A | Dividend | K | T | | | | | |
| 71. -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 72. -STARBUCKS CORP | C | Dividend | N | T | | | | | |
| 73. -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 74. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 75. -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 76. -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 77. -PFIZER INC | A | Dividend | J | T | | | | | |
| 78. -INVESCO LTD | A | Dividend | | | Sold | 10/19/18 | J | A | |
| 79. -JP MORGAN CHASE & CO | A | Dividend | K | T | | | | | |
| 80. -ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 81. -APPLE INC | A | Dividend | K | T | | | | | |
| 82. -BROADCOM INC | B | Dividend | K | T | Buy | 03/12/18 | K | | |
| 83. -CORNING | A | Dividend | K | T | | | | | |
| 84. -DEERE AND CO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -EXACT SCIENCES CORP | A | Dividend | J | T | Buy | 03/12/18 | J | | |
| 86. -GILEAD SCIENCES | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 87. -GOOGLE INC/ALPHABET | A | Dividend | J | T | | | | | |
| 88. -HARTFORD FIN SERVICES GR | A | Dividend | | | Sold | 11/07/18 | K | B | |
| 89. -SALESFORCE.COM INC | A | Dividend | J | T | | | | | |
| 90. -ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 91. -ISHARES MSCI EMERGING MKTS INDEX | B | Dividend | L | T | | | | | |
| 92. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | L | T | Sold (part) | 07/02/18 | K | E | |
| 93. -EL PASO CTY CO REV | A | Interest | | | Sold | 02/01/18 | K | A | |
| 94. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | | | | | |
| 95. -TUALATIN HILL OR 6.21 | B | Interest | L | T | | | | | |
| 96. -PROVO UTAH 4% 1/20 | B | Interest | L | T | | | | | |
| 97. -BEACHWOOD OHIO 12/19 | B | Interest | L | T | | | | | |
| 98. -VERIZON COMMUNCATIONS | A | Dividend | | | Sold | 03/12/18 | J | C | |
| 99. -ALIGN TECHNOLOGY INC | A | Dividend | J | T | | | | | |
| 100. -AMAZON .COM INC | A | Dividend | J | T | | | | | |
| 101. -INTERCONTINENTAL EXCHANGE | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. -ADOBE SYSTEMS INC | A | Dividend | J | T | | | | | |
| 103. -CELANESE CORP | A | Dividend | J | T | | | | | |
| 104. -DOMINION RES INC | A | Dividend | | | Sold | 03/12/18 | J | A | |
| 105. -DOUGLAS CNT CO SCH 5/25% 12/15/21 | A | Interest | L | T | | | | | |
| 106. -DREYFUS MIDCAP INDEX FUND | A | Dividend | | | Sold | 12/31/18 | L | A | |
| 107. -EL PASO CNTY CO SCH 5%9/15/24 | A | Interest | L | T | | | | | |
| 108. -EQUINIX INC | A | Dividend | J | T | Buy | 03/12/18 | J | | |
| 109. -EXELON CORP | A | Dividend | J | T | | | | | |
| 110. -LAM RESH CORP | A | Dividend | K | T | Buy | 03/12/18 | K | | |
| 111. -MANSFIELD TX WTR SWR REVN 9/1/19 | A | Interest | L | T | | | | | |
| 112. -MEDTRONIC | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 113. -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 114. -NUCOR CORP | A | Dividend | K | T | | | | | |
| 115. -PLATTE RIVER CO PWER 5% 6/1/24 | A | Interest | K | T | | | | | |
| 116. -TAIWAN SEMICONDUCTOR MFG | A | Dividend | | | Sold | 06/13/18 | J | C | |
| 117. -UNIV OF CO ENTERPRISE 5% 6/1/22 | A | Dividend | L | T | Buy | 03/19/18 | L | | |
| 118. -VISA INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 120. -EAGLE GARFIELD 4.0% 12/22 | A | Interest | L | T | | | | | |
| 121. -ENGLEWOOD CO 5% 12/1/24 | B | Interest | L | T | Buy | 03/26/18 | L | | |
| 122. -FACEBOOK INC | A | Dividend | J | T | | | | | |
| 123. -DENVER CITY & CTY CO SCH 12/19/2021 4% | B | Interest | L | T | | | | | |
| 124. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | L | T | | | | | |
| 125. -DREYFUS INTL SMALL CAP FUND | A | Dividend | | | Sold | 12/31/18 | K | A | |
| 126. -ACTAVIS PLC/ALLERGAN | A | Dividend | L | T | | | | | |
| 127. -AVAGO TECH | A | Dividend | | | Sold | 06/11/18 | K | A | |
| 128. -ABBOTT LABS | A | Dividend | J | T | | | | | |
| 129. -DREYFUS HIGH YIELD FD | A | Dividend | K | T | | | | | |
| 130. -DREYFUS SMALL CAP STOCK INDEX | A | Dividend | | | Sold | 12/31/18 | K | C | |
| 131. -EATON CORP | A | Dividend | | | Sold | 12/31/18 | J | A | |
| 132. IRA #2 | | | | | | | | | |
| 133. -BNY MELLON BOND FUND | B | Dividend | L | T | | | | | |
| 134. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | | | | | |
| 135. -BNY MELLON SHORT TERM US GOVERNMENT SEC FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -DREYFUS YIELD ENHANCEMENT STRATEGY FUND | A | Dividend | K | T | Buy (add'l) | 04/03/18 | J | | |
| 137. -ADVANTAGE DYNAMIC TOTAL RETURN | A | Dividend | J | T | | | | | |
| 138. -BNY MELLON EMERGING MKT FUND | A | Dividend | J | T | | | | | |
| 139. -DREYFUSDIVERSIFIED INTERNATIONAL FUND | A | Dividend | K | T | | | | | |
| 140. -DREYFUS INST BASIC S AND P 500 STOCK INDEX FD | B | Dividend | L | T | | | | | |
| 141. -DREYFUS INFLATION ADJUST SECURITY FUND | A | Dividend | | | Sold | 11/30/18 | J | A | |
| 142. -DREYFUS MIDCAP INDEX | A | Dividend | K | T | | | | | |
| 143. -DREYFUS SELECT MANAGER SC | A | Dividend | J | T | | | | | |
| 144. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 145. -DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 146. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 147. -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |
| 148. -DIVERSIFIED REAL ASSET INCOME FIND | A | Dividend | J | T | | | | | |
| 149. -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 150. -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 151. -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 152. -PLUM CREEK TIIMBER CO INC/ Weyerheuser CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -WELLSFARGO WEALTH WELLS FARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 154. -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 155. TRUST #1 | | | | | | | | | |
| 156. -ADVANTAGE DYNAMIC TOTAL RET FUND | A | Dividend | J | T | Buy | 12/31/18 | J | | |
| 157. -SPDR S AND P 500 FD | A | Dividend | K | T | | | | | |
| 158. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 159. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | K | T | | | | | |
| 160. -BNY MELLON NAT S/T MIN BD FUND | A | Dividend | | | Sold | 11/30/18 | J | A | |
| 161. -BNY MELLON SMALL CAP MULTI STRATEGY | A | Dividend | J | T | | | | | |
| 162. -BNY MELLON MUN OPPORTUNITY FUND | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 163. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 164. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | J | T | | | | | |
| 165. -DREYFUS BNY MEL ALTERNATIVE DIVERSIFIER STRAT FUND | A | Dividend | | | Sold | 03/16/18 | J | A | |
| 166. -DFA EMERGING MARKETS CORE EQUITY | D | Dividend | J | T | | | | | |
| 167. TRUST #2 | | | | | | | | | |
| 168. -ADVANTAGE DYNAMIC TOTAL RET FUND | A | Dividend | K | T | Buy | 12/31/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. -SPDR S&P500ETF(fnaSPDR TRust series 1) | B | Dividend | L | T | | | | | |
| 170. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 171. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | | | Sold | 06/13/18 | J | D | |
| 172. -BNY MELLON INCOME STOCK FUND | A | Dividend | | | Sold | 04/09/18 | J | A | |
| 173. -BNY SMALL CAP MULTI STRATEGY | A | Dividend | | | Sold | 11/30/18 | K | A | |
| 174. -BNY MELLON MUNICIPAL OPPORT FUND | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 175. -BNY MELLON NATL INTERMED MUNI BOND FUND | A | Dividend | L | T | Buy | 11/30/18 | L | | |
| 176. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 177. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | J | T | Sold (part) | 11/30/18 | J | A | |
| 178. -DREYFUS DIVERSIFIED INTL | A | Dividend | K | T | | | | | |
| 179. -DREYFUS DIVERSIFIED EMERG MKTS | A | Dividend | J | T | | | | | |
| 180. -DREYUS GLOBAL REAL ESTATE | A | Dividend | J | T | Buy | 12/31/18 | J | | |
| 181. -DREYFUS MID CAP | A | Dividend | | | Sold | 11/30/18 | K | A | |
| 182. -DREYFUS INTL SMALL CAP | A | Dividend | | | Sold | 12/31/18 | J | B | |
| 183. -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | L | T | | | | | |
| 184. -VAN ECK CM COMMODITY INDEX FUND | A | Dividend | J | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 11/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544